# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-499
_____

ARNALDO LUGO-FERNANDEZ,

Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

August 1, 2019


PER CURIAM.

AFFIRMED.

WOLF, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Arnaldo Lugo-Fernandez, pro se, Appellant.

Ashley Moody, Attorney General, and Leslie A. Healer, Assistant Attorney General, Tallahassee; Kenneth S. Steely, General Counsel, Department of Corrections, Tallahassee, for Appellee.